UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. JACKSON

    Plaintiff,

v.

Mrs. PHELPS *et* al.,

    Defendants

Case No. C08-5061FDB/JKA

ORDER DENYING PLAINTIFF'S MOTION TO SERVE THE COMPLAINT AS MOOT

    This action, brought under 42 U.S.C. 1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiff has been granted leave to proceed *in forma pauperis.* Plaintiff has filed a motion asking the court to serve the complaint (Dkt. # 4). When a plaintiff has been granted *in forma pauperis* status, and the plaintiff has provided proper service documents, the court will order service without a motion of this nature. Here, the court ordered service by mail be attempted February 19, 2008, (Dkt # 7). Plaintiff's motion is therefore **DENIED AS MOOT.**

    The Clerk is directed to send a copy of this Order to plaintiff and counsel who has already appeared.

    DATED this 11 day of March, 2008.

    */S/ J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge

ORDER - 1