# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL A JACKSON

v.

Mrs. PHELPS, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5061FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendants' motion to **DISMISS** is **GRANTED**. Plaintiff did not exhaust his administrative remedies prior to filing this action as required by the Prison Litigation Reform Act. The Court does not address Defendant's argument that this action fails to state a claim.

July 22, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk